UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MARTIN PRIETO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | No. 1:25-cv-00649-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S FIRST AMENDED COMPLAINT, AND DIRECTING CLERK OF COURT TO FILE AMENDED COMPLAINT LODGED ON JULY 31, 2025, AS FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 10, 11) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on May 30, 2025.

　　　　On July 11, 2025, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 9.)

　　　　On July 15, 2025, Plaintiff submitted the front page of a civil rights complaint form, along with a two-page health care grievance decision, which the Court filed as Plaintiff's "first amended complaint." (ECF No. 10.)

　　　　On July 31, 2025, Plaintiff submitted an amended civil right complaint, consisting of 16 pages of factual allegations signed under penalty of perjury, which was lodged by the Court. (ECF No. 11.)

1

Given that Plaintiff's "first amended complaint" filed on July 15, 2025, is not complete within itself, is not signed under penalty of perjury, and does not contain any factual allegations, the Court will strike it from the record, and direct that the amended complaint lodged on July 31, 2025, be filed as the operative first amended complaint.[1]

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's first amended complaint, filed on July 15, 2025 (ECF No. 10), is STRICKEN from the record;
2. The Clerk of Court shall file the amended complaint, lodged on July 31, 2025 (ECF No. 11), as the first amended complaint; and
3. The Court will screen Plaintiff's first amended complaint in due course.

IT IS SO ORDERED.

Dated: __September 10, 2025__

STANLEY A. BOONE
United States Magistrate Judge

---

[1] Local Rule 220 provides, in pertinent part, that "every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading."

2