**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR MARTIN PRIETO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　　Defendant. | No. 1:25-cv-00649 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>(Doc. 15) |

On September 15, 2025, the assigned magistrate judge issued Findings and Recommendations recommending that the action be dismissed for failure to state a cognizable claim for relief. (Doc. 15.) Plaintiff timely filed objections on October 17, 2025. (Doc. 16.)

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, including the objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. The Court also agrees that further leave to amend is not appropriate. As the Findings and Recommendations explain, (*see* Doc. 12 at 9), the Court previously provided Plaintiff with instructions about how to cure the defects in his claims, but Plaintiff failed to do so. Thus, the Court **ORDERS**:

　　1.　The Findings and Recommendations dated September 15, 2025 (Doc. 15) are **ADOPTED** in full.

　　2.　The action is **DISMISSED** with prejudice for failure to state a claim.

1

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 24, 2025**

_____
UNITED STATES DISTRICT JUDGE

2