UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MARTIN PRIETO,<br><br>                   Plaintiff,<br><br>        v.<br><br>JOHN DOE,<br><br><br>                   Defendant. | No.  1:25-cv-00649-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPTS AS MOOT<br><br>(ECF No. 23) |

On October 24, 2025, the instant action filed pursuant to 42 U.S.C. § 1983 was dismissed for failure to state a cognizable claim for relief and judgment was entered.  (ECF No.

On December 14, 2025, Plaintiff filed a notice of appeal.  (ECF No. 19.)  On January 27, 2026, the notice of appeal was dismissed as untimely by the United States Court of Appeals for the Ninth Circuit.  (ECF No. 22.)

Currently before the Court is Plaintiff's motion for a copy of the transcripts at government expense, filed February 6, 2026.  (EF No. 23.)  Inasmuch as Plaintiff's appeal was dismissed as untimely, Plaintiff's current motion for a copy of the transcripts for review on appeal is denied as rendered moot.

IT IS SO ORDERED.

Dated:    **February 10, 2026**                                      

STANLEY A. BOONE
United States Magistrate Judge

1